petitioners. *Vernon E. West, Chester H. Gray* and *George C. Updegraff* for respondent.

No. 214. FRUEHAUF TRAILER CO. *v.* MYERS. C. A. 9th Cir. Certiorari denied. *Arthur W. Dickey* for petitioner. *Michael F. Mulcahy* for respondent.

No. 215. VALIER COMPANY *v.* MONTANA ET AL. Supreme Court of Montana. Certiorari denied. *Forrest H. Anderson* for petitioner. *William Meyer* for respondents.

No. 216. UNITED GAS PIPE LINE CO. *v.* FEDERAL POWER COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *C. Huffman Lewis* and *W. Scott Wilkinson* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney, Melvin Richter, Bradford Ross* and *Bernard A. Foster, Jr.* for respondent.

No. 219. BYRD, PRESIDENT OF THE UNIVERSITY OF MARYLAND, ET AL. *v.* McCREADY. Court of Appeals of Maryland. Certiorari denied. *Hall Hammond,* Attorney General of Maryland, and *Kenneth C. Proctor,* Assistant Attorney General, for petitioners.

No. 222. SCHATTE ET AL. *v.* INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS ET AL. C. A. 9th Cir. The motion for leave to file brief of Conference of Studio Unions et al., as *amici curiae,* is denied. Certiorari denied. *Zach Lamar Cobb* for petitioners. *Henry G. Bodkin, George M. Breslin* and *Michael G. Luddy* for the International